MONDIS TECHNOLOGY LTD.,
Plaintiff–Appellee,

v.

INNOLUX CORPORATION (Formerly Known as Chimei Innolux Corporation) and Innolux Corp., Defendants.

and

Hon Hai Precision Industry Co., Ltd., Movant–Appellant.

No. 2013–1178.

United States Court of Appeals, Federal Circuit.

Sept. 13, 2013.

Martin J. Black, Dechert LLP, of Philadelphia, PA, argued for the plaintiff-appellee. With him on the brief were Jeffrey B. Plies and Vincent A. Gallo.

Peter J. Wied, Goodwin Procter LLP, of Los Angeles, CA, argued for movant-appellant. With him on the brief were Terry D. Garnett, Vincent K. Yip, and Jay C. Chiu.

LOURIE, PROST, and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.